UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE: ANTONY ALEXANDER                           Case No. 20-12456

CREDITOR, BANK OF HOLLY SPRINGS', MOTION
FOR ABANDONMENT AND RELIEF FROM
AUTOMATIC STAY AND CO-DEBTOR STAY

**COMES NOW**, the Creditor, Bank of Holly Springs, by and through its attorney of record, and files this its Motion for Abandonment and Relief from Automatic Stay and Co-Debtor Stay, and in support thereof, would respectfully show unto this Honorable Court, as follows:

**(1)**

Creditor would show that the creditor holds an interest in the following property which secures this debt, namely, a 2004 Manac 48x102 flatbed aluminum trailer #5MC226204P004683, 2007 Fontaine aluminum flatbed trailer #13N14830471541426, 2007 Freightline Columbia #1FUJA6CK57LV93602, 2004 Peterbuilt #1XP5DB9X74D819879 and 5.74 acres of real property located in Section 25, Township 3 South, Range 1 West, Benton County, Mississippi.

**(2)**

Creditor would show that the Debtor surrendered the collateral herein to Bank of Holly Springs in Section 3.5 of his Chapter 13 Plan.

**(3)**

That the Debtor and co-makers, Alexander Transportation, LLC and Katrina Payne, have not been making the payments on the subject debt.

**(4)**

That the trustee and the debtor should abandon any interest that they may have in the

collateral and the stay should be lifted as to the debtor and co-debtors, Alexander Transportation, LLC and Katrina Payne.

**(5)**

Creditor would show that there is no equity in the said collateral. Further, that the Trustee and the Debtor should abandon any interest that they may have in the collateral and the stay should be lifted.

**(6)**

That the Creditor should be entitled to attorney's fees in the amount of $350.00 and court costs in the amount of $181.00 for the necessity of bringing this action.

**WHEREFORE, Premises Considered**, Creditor, Bank of Holly Springs, prays that the Bankruptcy Court will abandon and surrender the above described collateral to Bank of Holly Springs and grant Bank of Holly Springs relief from the automatic stay as to the debtor and co-debtors, Alexander Transportation, LLC and Katrina Payne, to collect the debt or repossess the collateral held by the Creditor herein. Further, the Creditor prays that the Court will award attorney's fees in the amount of $350.00 and court costs in the amount of $181.00 for the necessity of bringing this action.

**RESPECTFULLY SUBMITTED**, this the **31st** day of August, 2020.

        **Bank of Holly Springs, Creditor**
        AKINS & ADAMS, P. A.

        By:/s/ Bart M. Adams
           Bart M. Adams
           Attorney for Bank of Holly Springs

AKINS & ADAMS, P. A.
108 E. JEFFERSON STREET
RIPLEY, MISSISSIPPI 38663
(662) 837-9976

## CERTIFICATE OF SERVICE

I, Bart M. Adams, attorney of record for the Creditor, do hereby certify that the following parties, being registered with the CM/ECF system, have this day received electronic notification to:

| | |
|---|---|
| Locke D. Barkley | sbeasley@barkley13.com |
| U. S Trustee | USTPRegion05.AB.ECF@usdoj.gov |
| Robert H. Lomenick, Jr. | rlomenick@gmail.com |

Alexander Transportation, LLC
1686 Reaves Road
Holly Springs, MS 38635

Katrina Payne
1686 Reaves Road
Holly Springs, MS 38635

SO, CERTIFIED, this, the 31st day of August, 2020.

/s/ Bart M. Adams
Bart M. Adams
Attorney for Creditor