**SO ORDERED,**



**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

### IN THE UNITED STATES BANKRUPTCY COURT FOR
### THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 CASE NO.: |
| ANTHONY ALEXANDER | 20-12456-JDW |

### AGREED ORDER GRANTING MOTION FOR ABANDONMENT
### AND RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY

THIS MATTER came before the Court on the Motion for Abandonment and Relief from Automatic Stay and Co-Debtor Stay (Dkt. #22) (the "Motion") filed by Bank of Holly Springs (the "Bank") and the Response to Motion for Abandonment and Relief from Automatic Stay and Co-Debtor Stay (Dkt. #35) filed by the Trustee.  No response was filed by the Debtor or the codebtors Alexander Transportation, LLC and Katrina Payne.  The parties have settled the issues presented and the agreement of the parties, as expressed herein, is hereby approved by the Court.

IT IS THEREFORE ORDERED AND ADJUDGED, the Motion shall be and is hereby granted.

IT IS FURTHER ORDERED, that the automatic stay of 11 U.S.C. § 362(a) shall be and is hereby terminated as to the collateral securing the debts owed to the Bank, more particularly described as follows:  2004 Manac 48x102 flatbed aluminum trailer #5MC226204P004683, 2007 Fontaine aluminum flatbed trailer #13N14830471541426, 2007 Freightline Columbia #1FUJA6CK57LV93602, 2004 Peterbilt

1

#1XP5DB9X74D819879 and 5.74 acres of real property located in Section 25, Township 3 South, Range 1 West, Benton County, Mississippi (the "Collateral").

 IT IS FURTHER ORDERED, that the codebtor stay of 11 U.S.C. § 1301(a) shall be and is hereby terminated as to the codebtors Alexander Transportation, LLC and Katrina Payne.

 IT IS FURTHER ORDERED, that the interest of the Debtor in the Collateral shall be abandoned. The interest of the Trustee and bankruptcy estate in the Collateral, subject to the provisions of this order, shall be abandoned.

 IT IS FURTHER ORDERED, that if at any time while this case is pending, should the Bank repossess or foreclose upon any of the Collateral it shall be required to make an accounting to the Trustee of the liquidation of such Collateral. The Bank shall provide the Trustee with such accounting and turnover any proceeds in excess of those necessary to satisfy the related claim or claims of the Bank.

 IT IS FURTHER ORDERED, that the Bank shall be awarded the total sum of $531 for attorney's fees ($350) and court costs ($181) which shall be paid through the plan as a separate claim in this bankruptcy case.

### ### END OF ORDER ###

AGREED & APPROVED:

/s/ W. Jeffrey Collier
W. JEFFREY COLLIER
ATTORNEY FOR TRUSTEE

/s/ Bart M. Adams
BART M. ADAMS
ATTORNEY FOR BANK OF HOLLY SPRINGS

Prepared by:
W. Jeffrey Collier, Esq.
Attorney for Trustee
6360 I-55 N, Suite 140
Jackson, Miss. 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 10645