---



**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE: ANTONEY ALEXANDER,                   NO. 20-12456-JDW
      DEBTOR                                          CHAPTER 13

## AGREED ORDER AUTHORIZING PAYMENTS OF CHILD SUPPORT

Came before the Court, on the Joint Motion *Ore Tenus* of the Debtor and MDHS requesting that the plan be amended to provide for payment of domestic support obligations, and based on the agreement of the parties, the Court finds and orders as follows:

Section 4.5 of the Plan is hereby amended to pay the monthly child support obligation owed to Nancy Stewart in the amount of $250.00, beginning November, 2020, through the plan. The plan is further amended to pay the arrearage of $547.67 through October 2020, through the plan.

Section 4.5 of the Plan is hereby further amended to pay the arrearage of $3,931.68 owed to Emma Taylor through October 2020, through the plan.

The Trustee is hereby authorized to amend the plan payment as necessary to effectuate the terms of this Agreed Order.

MDHS will terminate any wage withholding orders currently in effect within five days of entry of this order.   The terms of the Agreed Order shall be binding on any subsequent amended plans.

***END OF ORDER***

Agreed and Approved:


/s/ Constance L.Morrow
Constance L. Morrow
Attorney for MDHS



  /s/Robert Lomenick, with permission,
Robert Lomenick
Attorney for Debtor



/s/Jeffrey Collier, with permission, for
Locke D. Barkley
Chapter 13 Trustee




Submitted by:

Constance L. Morrow
Senior Attorney, MDHS
MSB # 104815
P.O. Box 352
Jackson, MS 39205
601-359-4485
Fax: 601-359-4370
constance.morrow@mdhs.ms.gov