**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:
ANTONY ALEXANDER**

1688 REAVES RD
HOLLY SPRINGS, MS 38635

**CHAPTER 13 NO:**

**20-12456-JDW**

---

**NOTICE TO DEBTOR**

---

NOTICE is hereby given that your plan payment will change from **$6,761.00  ( MONTHLY )** to **$7,605.50  ( MONTHLY )** effective in **11/2020**. Your plan payment is being remitted **by your employer / <u>direct</u> / by automatic bank draft.**

The reason for the changes in your plan payment is:

_____  Due to a change in your monthly mortgage payment;

_____  Due to a claim being filed for a different amount than scheduled;

__XX__  Due to entry of an order; Per Ore Tenus as to the MDHS DSO Claims 10/15/20.

_____  Other: _____

If your **employer is withholding the plan payment from your wages,** you are responsible for remitting the difference, if any, should your employer fail to withhold the new payment.

If you are paying by **automatic bank draft,** please be sure there are sufficient funds in your account to satisfy the new payment.

If you are paying **direct,** please be aware that the Trustee **DOES NOT** accept personal checks. You can remit payments online through **https://tfsbillpay.com** or mail guaranteed funds, in the form of a **cashier's check or money order** with your **case number and last name** in the description line, to

    Locke D. Barkley
    P.O. Box 1859
    Memphis, TN 38101-1859

Should you have any questions concerning this, please contact your attorney.

Date: 10/16/2020

CC:  SCHNELLER AND LOMENICK, P.A.
      PO BOX 417
      HOLLY SPRINGS, MS 38635

Respectfully submitted,
LOCKE D. BARKLEY

/s/ Locke D. Barkley
CHAPTER 13 TRUSTEE

## CERTIFICATE OF SERVICE

   I do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.

Date:  10/16/2020

/s/ Locke D. Barkley
LOCKE D. BARKLEY
CHAPTER 13 TRUSTEE